# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 31, 2013

## NO. 03-13-00111-CV

**Lynda S. David, Appellant**

**v.**

**Williamson County, Texas, Appellee**

**APPEAL FROM THE 26TH DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
AFFIRMED -- OPINION BY CHIEF JUSTICE JONES**

This is an appeal from the Order signed by the trial court on November 13, 2012. Having reviewed the record and the parties' arguments, the Court holds that there is no reversible error in the trial court's Order. Therefore, the Court affirms the trial court's Order. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.